**FILED**

**JULY 28, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

Curtis WARD

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

**RECEIVED**

JUL 0 9 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

vs.                                Case No: **08 C 50 134**

                                   (To be supplied by the Clerk of this Court)

Warden Nedra Chandler                KApala
Chris Barnhart
OFFicer David E. ST. James
Ltc OFFicer HARVEY
Clerk Wendy Meyer

_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:

✓     COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
       U.S. Code (state, county, or municipal defendants)

_____  COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
       28 SECTION 1331 U.S. Code (federal defendants)

_____  OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I. **Plaintiff(s):**

    A.  Name: Curtis WARD

    B.  List all aliases: Harassed and Threathened

    C.  Prisoner identification number: R43104

    D.  Place of present confinement: Dixon Correctional Center

    E.  Address: 2600 N. Brinton Ave. Dixon IL. 6021

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

    A.  Defendant: Warden Nedra Chandler

        Title: The Warden of Dixon Correctional Center

        Place of Employment: Dixon C.C 2600 N Brinton Ave.

    B.  Defendant: Chris Barnhart

        Title: The Grievance Officer For Dixon C-C

        Place of Employment: Dixon Corr. Cet 2600 N. Brinton Ave.

    C.  Defendant: Officer David F. ST. James

        Title: Correctional Officer at Dixon

        Place of Employment: Dixon 2600 N. Brinton Ave.

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

III.    Exhaustion of Administrative Remedies

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A.    Is there a grievance procedure available at your institution?

YES ( ✓ )  NO ( )   If there is no grievance procedure, skip to F.

B.    Have you filed a grievance concerning the facts in this complaint?

YES ( ✓ )  NO ( )

C.    If your answer is YES:

1.    What steps did you take?

I have Sent Grievance to the Grievance OFFice I have Sent Grievance to SpringFeild Illinois. I have Sent MAil Out to the MAil Room But All My Grievance get Sent back to Me.

2.    What was the result?

All _____ My Grievance ALWAys get DisMissed By Mr. Chris barnhart and it Seam ALWAys To Come Back to Me Late So its Time is Late So When SpringField get it its LAte Untimeli

3.    If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)

The Grievance OFFicer Mr. Chris barnhart Waits about two Months beFore Sending It Back to Me Without review it or Resolve it

D.    If your answer is NO, explain why not:

_____

_____

_____

E.    Is the grievance procedure now completed?  YES ( )  NO (✓)

F.    If there is no grievance procedure in the institution, did you complain to authorities?  YES (✓)  NO ( )

G.    If your answer is YES:

1.    What steps did you take?

I have talk to Warden Nedra Chandler

About the Grievance Procedure.

She did not resolve My Grievances.

I ALSO Written Request to talk to the Grievance

Officer and I ALSO talk to Ms Cervantes Couns

2.    What was the result?

NONE No Respond or resources

H.    If your answer is NO, explain why not:

The grievance officer did not

Investigate the grievances

4

IV.　List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A.　Name of case and docket number: __06-189-JLF__

B.　Approximate date of filing lawsuit: __March 2, 2006__

C.　List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
__Curtis Ward__

D.　List all defendants: __Wexford Health Care, Dr Siddiqui Dr. Santo, Lisa Krebs, Christine Krachtrn Marsha Swiff, Billie Joe Bryen__

E.　Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county) __Clerk us District Court Southern Dist. of Illinois East St. Louis office__

F.　Name of judge to whom case was assigned: __Judge William D. Stiehl__

G.　Basic claim made: _____

H.　Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): __The Case is being Appealed its still pending__

I.　Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

V.    Statement of Claim:

State here as briefly as possible the facts of your case.  Describe precisely how each defendant is involved.  Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

That during the Month of February and March 2008 I Curtis Ward Was being harassed by C/O Staff David St. James and C/O Staff Lt. Harvey I Was Written A disciplinary ticket on Feb. 13 2008 Stating that I have gave False information to C/O St. D. James and For insolence. I Curtis Ward Was Found guilty Of insolence on Feb 14, 2008 and Feb 14, 2008 Lt. Harvey Came to My housing unit and he proceeded To Cuss me out and threatened me because he Said that I used racial Slurs toward C/O St. James, I Mail 3 grievances To Chris barnbart As a result of my Problems With C/O St. James And Lt. Harvey My grievances Was not result By Mr. barnbart and Was denied, So I Mail Grievances to the Mail room to be Sent to The A.R.B in SpringField IL. on March 30, 2008 However the Mailroom Clerk Ms. Wendy Meyer Never Mailed these grievances out the Mailroom Clerk Ms. Meyer took my grievances out of the prestamped envelope addressed To the A.R.B. in SpringField and returned the Grievances to me in a blank envelope 8 days Later Without any explanation

OF Why this Mail Was not Mailed Out Since
It had been Placed in the U.S. Mail.
My grievances became untimely although
Ill. Adm Code title 20 Sec. 504. 810 A allows
For the Filling of untimely grievances upon
A Showing of good Cause For the untimeliness
After the Counselor response to each grievance
and Who dated each grievance With either
March 4th or March 5th 2008 I Mailed My grievances
Which Were First Stamped as being recieved
on March 5, 2008 and two on March 13. 2008
I Curtis Ward had also brought this Matter
To Warden Nedra Chandler Who reFused
To Look in it, and Who actually threatened
Me. Mr. Chris barnhart Never investigated
The Allegations or the disciplinary Action
The Adjustment Committee oFFicer J. Glenn
didnot hear My or advance to hear My
Witnesses or intevieved My Witnesses
He Just Found Me guilty and Warden
Nedra Chandler concur With the
Ticket based upon a ticket that Was Never Wrote,

VI.    Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I AM ASKING THE COURT TO ORDER THE "C" GRADE REMOVED FROM MY FILES, AND FOR EACH DEFENDANT TO PAY PLAINTIFF $1000 FOR VIOLATING HIS CONSTITUTIONAL RIGHTS.

Action TAKing Alleged Misconduct by Employees  730 ILCS 5/3-2-2(CH)

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _____ day of _____, 20_____

_____

_____

_____
(Signature of plaintiff or plaintiffs)

Curtis Ward
(Print name)

Curtis WArd
(I.D. Number)

R43104
Dixon Correctional Center
2600 N Brinton Ave
(Address) Dixon IL. 61021

8

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
## Return of Grievance or Correspondence

Offender: _Ward_ _Curtis_ _R43104_
             Last Name          First Name        MI        ID#

Facility: _Dixon_

☐ Grievance (Local Grievance # (if applicable): _08-02123,_    or    ☐ Correspondence
Received: _4, 29, 08_ _4-4-08_    Regarding: _Staff c/o Sh James Lt. Henry_
              Date                                _2-13-08 IDR_

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

☑ Use the Committed Person's Grievance Report, DOC 0047 (formerly DC 5657), including the Grievance Officer's and Chief Administrative Officer's response, to appeal. _missing # 08-2-122; 08-03-19_

☐ Provide a copy of the Committed Person's Grievance, DOC 0046 (formerly DC 5657) including the counselor's response if applicable.

☐ Provide date(s) of disciplinary report(s) and facility where incident(s) occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board
   Office of Inmate Issues
   1301 Concordia Court
   Springfield, IL 62794-9277

**Misdirected:**

☐ Contact your correctional counselor regarding this issue.

☐ Request restoration of Good Conduct Credits (GCC) to Adjustment Committee. If request is denied, utilize the inmate grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns to: Illinois Prisoner Review Board
   319 E. Madison St., Suite A
   Springfield, IL 62706

**No further redress:**

☐ Award of Meritorious Good Time (MGT) and Statutory Meritorious Good Time (SMGT) are administrative decisions; therefore, this issue will not be addressed further.

☑ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further. _# 08-02-123_

☐ This office previously addressed this issue on ___/___/___.
                                                    Date

☐ No justification provided for additional consideration.

**Other** (specify): _____

_____

Completed by: _Shelby Benton_ _5, 2, 08_
                Print Name          Signature          Date

Distribution: Offender; Inmate Issues

DOC 0070 (10/2001)
(Replaces DC 710-1274)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
### Return of Grievance or Correspondence

Offender: _Ward_____ _Curtis_____ ____ _R43104_
                Last Name        First Name        MI        ID#

Facility: _Dixon_____

☒ Grievance (Local Grievance # (if applicable): _08-02-123_) or ☐ Correspondence
Received: _4, 4, 08_   Regarding: _Staff - c/o St. James; Lt. Harvey_
                Date

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

☐ Use the Committed Person's Grievance Report, DOC 0047 (formerly DC 5657), including the Grievance Officer's and Chief Administrative Officer's response, to appeal.

☐ Provide a copy of the Committed Person's Grievance, DOC 0046 (formerly DC 5657) including the counselor's response if applicable. _missing._

☐ Provide date(s) of disciplinary report(s) and facility where incident(s) occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board
Office of Inmate Issues
1301 Concordia Court
Springfield, IL 62794-9277

**Misdirected:**

☐ Contact your correctional counselor regarding this issue.

☐ Request restoration of Good Conduct Credits (GCC) to Adjustment Committee. If request is denied, utilize the inmate grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns to: Illinois Prisoner Review Board
319 E. Madison St., Suite A
Springfield, IL 62706

**No further redress:**

☐ Award of Meritorious Good Time (MGT) and Statutory Meritorious Good Time (SMGT) are administrative decisions; therefore, this issue will not be addressed further.

☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on ___/___/___.
                                                                Date

☐ No justification provided for additional consideration.

Other (specify): _You have until 4-24-08 (30 days from CAO's Signature) to also provide the above. It's Required._

Completed by: _____ RECEIVED _____ _Sherry Benton_ _4, 7, 08_
                        APR 29 2008
                        Print Name                    Signature                    Date
                        OFFICE OF
Distribution: Offender; Inmate Issues   INMATE ISSUES

DOC 0070 (10/2001)
(Replaces DC 710-1274)

RESPONSE TO OFFENDER'S GRIEVANCE

| Grievance Officer's Report |
| --- |

Date Received: <u>March 13, 2008</u>       Date of Review: <u>March 21, 2008</u>       Grievance # (optional): <u>08-02-123</u>

Offender: <u>Ward, Curtis</u>                                         ID#: <u>R43104</u>

Nature of Grievance: Staff Conduct, CO St. James/Lt. Harvey

**Facts Reviewed:** This Grievance Officer notes Inmate Ward's allegations of staff misconduct by CO St. James and Lt. Harvey.  Inmate Ward states that CO St. James told him to "take his ass back and have a seat".  Furthermore, Inmate Ward states that he received an IDR from CO St. James for this incident.  He believes CO St. James acted inappropriately and does not feel that he should have been written an IDR.  In a related matter, Lt. Harvey approached Inmate Ward at a later time and advised him not to be calling his staff (CO St. James) derogatory names (Uncle Tom).  Inmate Ward alleges that Lt. Harvey threatened to "take his ass to seg" and "slammed" the door in his face.

According to the Counselor's responses, Inmate Ward was listening in on a nurse's conversation with another inmate and was instructed to sit down by CO St. James.  At this point, Inmate Ward began to swear at CO St. James.  According to the IDR written by CO St. James, Inmate Ward called him a black uncle Tom mother fucker and refused several direct orders to surrender his ID card.  Inmate Ward received a Program Committee Hearing and was subsequently found guilty of 304-Insolence.  Lt. Harvey states that he advised Inmate Ward that he was not to be disrespectful to staff and not to use phrases such as "Uncle Tom" towards his staff.  Both CO St. James and Lt. Harvey deny allegations that they were inappropriate with or swore at Inmate Ward.

Allegations of staff misconduct by CO St. James and Lt. Harvey could not be substantiated by this Grievance Officer.

RECEIVED

APR 2 9 2008

OFFICE OF
INMATE ISSUES

**Recommendation:** Based upon a total review of all available information, this Grievance Officer is reasonably satisfied Inmate Ward's staff conduct issues have been addressed and recommends this grievance be denied.

Chris Barnhart, CCII
Print Grievance Officer's Name                                 Grievance Officer's Signature
(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response |
| --- |

Date Received: 3/24/08         ☒ I concur      ☐ I do not concur      ☐ Remand

Comments:

Chief Administrative Officer's Signature                         3/24/08
                                                                Date

| Offender's Appeal To The Director |
| --- |

I am appealing the Chief Administrative Officer's decision to the Director.  I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

Curtis Ward                              R43104
Offender's Signature                     ID#                    Date

## PROGRAM COMMITTEE
## FINAL SUMMARY REPORT

| | | |
|---|---|---|
| **Name:** WARD, CURTIS | **IDOC Number:** R43104 | **Race:** BLK |
| **Hearing Date/Time:** 2/14/2008 04:35 PM | **Living Unit:** DIX-NE-27-40 | **Orientation Status:** N/A |
| **Incident Number:** 200800779/1 - DIX | **Status:** Final | |

| Date | Ticket # | Incident Officer | Location | Time |
|---|---|---|---|---|
| 2/13/2008 | 200800779/1-DIX | STJAMES, ▓ | HEALTH CARE UNIT | 10:30 AM |

| Offense | Violation | Final Result |
|---|---|---|
| 303 | Giving False Information To An Employee | Deleted |
| 304 | Insolence | Guilty |

| Witness Type | Witness ID | Witness Name | Witness Status |
|---|---|---|---|

**No Witness Requested**

## RECORD OF PROCEEDINGS

Ticket read, inmate states he is not guilty. States he was waiting for a long time and he didn't want to miss his next call pass and he got up to ask the officer how much longer it was going to be and the officer told him to "sit his ass down". States he then was talking to another inmate about a movie that was on television called " Uncle Tom's Cabin" and the officer thought he was disrespecting him and got his id card.

## BASIS FOR DECISION

Inmate guilty based on ticket content indicating inmate called staff a "black uncle Tom mother fucker" and refused several orders from that staff to surrender his id card, inmate's admission of the "coincidental" mentioning of Uncle Tom's Cabin" when the officer was passing by and reporting staff's positive id of inmate by id card.

## DISCIPLINARY ACTION  *(Consecutive to any priors)*

| **RECOMMENDED** | |
|---|---|
| 1 Months C Grade | 1 Months C Grade |
| Basis for Discipline:nature of offense | |

**RECEIVED**
**FINAL** APR - 4 2008
OFFICE ...
INMATE ISSUES

### Signatures
**Hearing Committee**

| | | | |
|---|---|---|---|
| LANDWER, V▓ - Chair Person | *Signature* | 02/14/08 | WHI |
| Recommended Action Approved | Signature | Date | Race |

## Final Comments: N/A

NEDRA R CHANDLER / TDG 2/14/2008 — **Chief Administrative Officer** — *Signature* — 02/14/08 — Date

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504: Subpart F.

Weise — **Employee Serving Copy to Committed Person** — 2-20-08  9:00 — **When Served -- Date/Time**

**RECEIVED**
APR 2 9 2008
OFFICE OF
INMATE ISSUES

OERRM178                ILLINOIS DEPARTMENT OF CORRECTIONS
                         OFFENDER TRACKING SYSTEM:RM          RUN DATE: 02/19/08
                         GRADE DEMOTION NOTIFICATION          RUN TIME: 18.10.55
AS OF DATE: 02/19/08

                         INSTITUTION:  DIXON


IDOC # : R43104     NAME : WARD, CURTIS               LIVING UNIT : NE-27-40

            DUE TO AN ADJUSTMENT COMMITTEE HEARING, YOU HAVE BEEN
            DEMOTED TO C GRADE AS OF 02/14/08.   YOU WILL RETURN TO
            B GRADE ON 03/14/08 AND A GRADE ON 04/14/08.

            GRADE DEMOTIONS ARE COMPUTED CONSECUTIVELY TO PRIOR
            DEMOTIONS, WHEN APPLICABLE, INCLUDING DEMOTIONS RECEIVED
            AT OTHER FACILITIES.

            FROM:  RECORDS OFFICE

*Curtis Ward*

Curtis WARD

R43104

RECEIVED

APR - 4 2008

OFFICE OF
INMATE ISSUES


RECEIVED

APR 2 9 2008

OFFICE OF
INMATE ISSUES

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
## Return of Grievance or Correspondence

Offender: _WARD_ _Curtis_ _R43104_
         Last Name        First Name      MI    ID#

Facility: _Dixon_

☐ Grievance (Local Grievance # (if applicable): _08-02-123_ or ☐ Correspondence

Received: _4, 29, 08_  _4.4.08_   Regarding: _Stay c/o Sh James Lt. Hovey_
          Date                                  _2-13-08   Ism_

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

☒ Use the Committed Person's Grievance Report, DOC 0047 (formerly DC 5657), including the Grievance Officer's and Chief Administrative Officer's response, to appeal. _missing # 08-2-122 ; 08-03-19_

☐ Provide a copy of the Committed Person's Grievance, DOC 0046 (formerly DC 5657) including the counselor's response if applicable).

☐ Provide date(s) of disciplinary report(s) and facility where incident(s) occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board
Office of Inmate Issues
1301 Concordia Court
Springfield, IL 62794-9277

**Misdirected:**

☐ Contact your correctional counselor regarding this issue.

☐ Request restoration of Good Conduct Credits (GCC) to Adjustment Committee. If request is denied, utilize the inmate grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns to: Illinois Prisoner Review Board
319 E. Madison St., Suite A
Springfield, IL 62706

**No further redress:**

☐ Award of Meritorious Good Time (MGT) and Statutory Meritorious Good Time (SMGT) are administrative decisions; therefore, this issue will not be addressed further.

☒ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further. _V 08-02-123_

☐ This office previously addressed this issue on ___/___/___.
Date

☐ No justification provided for additional consideration.

**Other** (specify): _____

_____

Completed by: _Shelby Benton_ _5, 2, 08_
              Print Name          Signature              Date

Distribution: Offender; Inmate Issues

DOC 0070 (10/2001)
(Replaces DC 710-1274)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
## Return of Grievance or Correspondence

Offender: _Ward_ _Curtis_ _R43104_
          Last Name      First Name        MI      ID#

Facility: _Dixon_

☒ Grievance (Local Grievance # (if applicable): _08-02-123_) or ☐ Correspondence

Received: _4,4,08_    Regarding: _Staff - c/o St. James; Lt. Harvey_
          Date

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

☐ Use the Committed Person's Grievance Report, DOC 0047 (formerly DC 5657), including the Grievance Officer's and Chief Administrative Officer's response, to appeal.

☐ Provide a copy of the Committed Person's Grievance, DOC 0046 (formerly DC 5657) including the counselor's response if applicable. _missing._

☐ Provide date(s) of disciplinary report(s) and facility where incident(s) occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to:    Administrative Review Board
                                                                                                                                      Office of Inmate Issues
                                                                                                                                      1301 Concordia Court
                                                                                                                                      Springfield, IL 62794-9277

**Misdirected:**

☐ Contact your correctional counselor regarding this issue.

☐ Request restoration of Good Conduct Credits (GCC) to Adjustment Committee. If request is denied, utilize the inmate grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns to:    Illinois Prisoner Review Board
                          319 E. Madison St., Suite A
                          Springfield, IL 62706

**No further redress:**

☐ Award of Meritorious Good Time (MGT) and Statutory Meritorious Good Time (SMGT) are administrative decisions; therefore, this issue will not be addressed further.

☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on ___/___/___.
                                                      Date

☐ No justification provided for additional consideration.

Other (specify): _You have until 4-24-08 (30 days from CAO's_
_Signature) to also provide the above. It's_
_Required._

RECEIVED
APR 29 2008
OFFICE OF
INMATE ISSUES

Completed by: _Sherry Benton_ _Sherry Benton_ _4,7,08_
              Print Name          Signature        Date

Distribution:   Offender; Inmate Issues                                                 DOC 0070 (10/2001)
                                                                                        (Replaces DC 710-1274)

ILLINOIS DEPARTMENT OF CORRECTIONS
## RESPONSE TO OFFENDER'S GRIEVANCE

### Grievance Officer's Report

Grievance # (optional): 08-02-123

Date of Review: March 21, 2008

Date Received: March 13, 2008                    ID#: R43104

Offender: ____ Ward, Curtis

Nature of Grievance: Staff Conduct, CO St. James/Lt. Harvey

**Facts Reviewed:** This Grievance Officer notes Inmate Ward's allegations of staff misconduct by CO St. James and Lt. Harvey. Inmate Ward states that CO St. James told him to "take his ass back and have a seat". Furthermore, Inmate Ward states that he received an IDR from CO St. James for this incident. He believes CO St. James acted inappropriately and does not feel that he should have been written an IDR. In a related matter, Lt. Harvey approached Inmate Ward at a later time and advised him not to be calling his staff (CO St. James) derogatory names (Uncle Tom). Inmate Ward alleges that Lt. Harvey threatened to "take his ass to seg" and "slammed" the door in his face.

According to the Counselor's responses, Inmate Ward was listening in on a nurse's conversation with another inmate and was instructed to sit down by CO St. James. At this point, Inmate Ward began to swear at CO St. James. According to the IDR written by CO St. James, Inmate Ward called him a black uncle Tom mother fucker and refused several direct orders to surrender his ID card. Inmate Ward received a Program Committee Hearing and was subsequently found guilty of 304-Insolence. Lt. Harvey states that he advised Inmate Ward that he was not to be disrespectful to staff and not to use phrases such as "Uncle Tom" towards his staff. Both CO St. James and Lt. Harvey deny allegations that they were inappropriate with or swore at Inmate Ward.

Allegations of staff misconduct by CO St. James and Lt. Harvey could not be substantiated by this Grievance Officer.

**RECEIVED**

APR - 4 2008

OFFICE OF
INMATE ISSUES

**Recommendation:** Based upon a total review of all available information, this Grievance Officer is reasonably satisfied Inmate Ward's staff conduct issues have been addressed and recommends this grievance be denied.

**RECEIVED**

APR 2 9 2008

OFFICE OF
INMATE ISSUES                                    _Ch Blt_ ccII
                                                 Grievance Officer's Signature

Chris Barnhart, CCII
Print Grievance Officer's Name

(Attach a copy of Offender's Grievance, including counselor's response if applicable)

### Chief Administrative Officer's Response

☒ I concur          ☐ I do not concur          ☐ Remand

Date Received: 3/24/08

Comments:

                                                            3/24/08
                                                            Date

_____
Chief Administrative Officer's Signature

### Offender's Appeal To The Director

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

_Curtis Ward_                      R43104          4-23-08
Offender's Signature                ID#              Date

DOC 0047 (Rev. 3/2005)

Distribution:  Master File; Offender                Printed on Recycled Paper

# STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS
## PROGRAM COMMITTEE
## FINAL SUMMARY REPORT

| | | |
|---|---|---|
| **Name:** WARD, CURTIS | **IDOC Number:** R43104 | **Race:** BLK |
| **Hearing Date/Time:** 2/14/2008  04:35 PM | **Living Unit:** DIX-NE-27-40 | **Orientation Status:** N/A |
| **Incident Number:** 200800779/1 - DIX | **Status:** Final | |

| Date | Ticket # | Incident Officer | Location | Time |
|---|---|---|---|---|
| 2/13/2008 | 200800779/1-DIX | STJAMES, | HEALTH CARE UNIT | 10:30 AM |

| Offense | Violation | Final Result |
|---|---|---|
| 303 | Giving False Information To An Employee | Deleted |
| 304 | Insolence | Guilty |

| Witness Type | Witness ID | Witness Name | Witness Status |
|---|---|---|---|

**No Witness Requested**

## RECORD OF PROCEEDINGS

Ticket read, inmate states he is not guilty. States he was waiting for a long time and he didn't want to miss his next call pass and he got up to ask the officer how much longer it was going to be and the officer told him to "sit his ass down". States he then was talking to another inmate about a movie that was on television called " Uncle Tom's Cabin" and the officer thought he was disrespecting him and got his id card.

## BASIS FOR DECISION

Inmate guilty based on ticket content indicating inmate called staff a "black uncle Tom mother fucker" and refused several orders from that staff to surrender his id card, inmate's admission of the "coincidental" mentioning of Uncle Tom's Cabin" when the officer was passing by and reporting staff's positive id of inmate by id card.

## DISCIPLINARY ACTION  (Consecutive to any priors)

**RECEIVED**

### RECOMMENDED

FINAL APR - 4 2008

1 Months C Grade

**Basis for Discipline:** nature of offense

1 Months C Grade

INMATE ISSUES

### Signatures
### Hearing Committee

LANDWER, W          - Chair Person

| Signature | Date | Race |
|---|---|---|
| | 02/14/08 | WHI |

Recommended Action Approved

## Final Comments: N/A

---

NEDRA R CHANDLER / TDG  2/14/2008

**Chief Administrative Officer**

| Signature | Date |
|---|---|
| | 02/14/08 |

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504: Subpart F.

**Employee Serving Copy to Committed Person**

2-20-08   9:00

**When Served - - Date**  Time

**RECEIVED**

APR 2 9 2008

OFFICE OF
INMATE ISSUES

```
OERRM178              ILLINOIS DEPARTMENT OF CORRECTIONS
                         OFFENDER TRACKING SYSTEM:RM           RUN DATE: 02/19/08
                         GRADE DEMOTION NOTIFICATION           RUN TIME: 18.10.55
AS OF DATE: 02/19/08
                            INSTITUTION:  DIXON


IDOC # : R43104    NAME : WARD, CURTIS              LIVING UNIT : NE-27-40
```

DUE TO AN ADJUSTMENT COMMITTEE HEARING, YOU HAVE BEEN
DEMOTED TO C GRADE AS OF 02/14/08.  YOU WILL RETURN TO
B GRADE ON 03/14/08 AND A GRADE ON 04/14/08.

GRADE DEMOTIONS ARE COMPUTED CONSECUTIVELY TO PRIOR
DEMOTIONS, WHEN APPLICABLE, INCLUDING DEMOTIONS RECEIVED
AT OTHER FACILITIES.

FROM:  RECORDS OFFICE

*Curtis Ward*

Curtis WARD

RECEIVED

APR - 4 2008

OFFICE OF
INMATE ISSUES

RECEIVED

APR 2 9 2008

OFFICE OF
INMATE ISSUES

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Disciplinary Report**

**Type of Report:**
☑ Disciplinary ☐ Investigative

_____ Date: _____ 2/13/08
Facility: _Dixon_

Offender Name: _WARD   CURTIS_                    ID #: _K47104_

Observation Date: _2/13/08_   Approximate Time: _10³⁰_ ☑ a.m. ☐ p.m.   Location: _HCV Unit "5  003.LINE_

Offense(s): DR 504: _304  Insolence  303 Giving false information to an employee_

**Observation:** (NOTE: Each offense identified above must be substantiated.) _On the shift date and app time the above inmate was at the HCV on the line. This I/o was going to write this inmate for staff traffic. When the I/o turned at this I/o and called me a black) waste time mother fucker. This I/o then had to give 3 direct orders to get the inmate TO comb, which inmate claims he didn't say or do anything wrong._

Witness(es): _____

☐ Check if Offender Disciplinary Continuation Page, DOC 0318, is attached to describe additional facts, observations or witnesses.

| ST. JAMES | 5366 | I/o w /emos | 2/13/08 | 1⁰⁰ | ☐ a.m. |
|-----------|------|-------------|---------|------|--------|
| Reporting Employee (Print Name) | Badge # | Signature | Date | Time | ☑ p.m. |

### Disciplinary Action:

**Shift Review:** ☐ Temporary Confinement   ☐ Investigative Status   Reasons: _____

_____
Printed Name and Badge #

_____   _____
Shift Supervisor's Signature   Date
(For Transition Centers, Chief Administrative Officer)

**Reviewing Officer's Decision:** ☐ Confinement reviewed by Reviewing Officer   Comment: _____

☐ **Major Infraction**, submitted for Hearing Investigator, if necessary and to Adjustment Committee

☑ **Minor Infraction**, submitted to Program Unit

_Minor Ouf 6165_          _____   2.13.08
Print Reviewing Officer's Name and Badge #   Reviewing Officer's Signature

**RECEIVED**
APR 29 2008

☐ **Hearing Investigator's Review Required** (Adult Correctional Facility Major Reports Only):

_____          _____
Print Hearing Investigator's Name and Badge #   Hearing Investigator's Signature

**OFFICE OF**
**INMATE ISSUES**

**Procedures Applicable to all Hearings on Investigative and Disciplinary Reports**
You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

**Procedures Applicable to Hearings Conducted by the Adjustment Committee on Disciplinary Reports**
You may ask that witnesses be interviewed and if, necessary and relevant, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may request a reasonable extension of time to prepare for your hearing. You may have staff assistance if you are unable to prepare a defense.

☑ Check if offender refused to sign                    _received copy_

_____   Offender's Signature          _____ ID#

_S. Glenn_          _____   _S. Gl_
Serving Employee (Print Name)   Badge #  _3499_   Signature

_2/13/08_          _6:10_   ☐ a.m.
Date Served          Time Served   ☑ p.m.

☐ I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

_____          _____
Offender's Signature          ID#

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**(Detach and Return to the Adjustment Committee or Program Unit Prior to the Hearing)**

_____          _____          _____
Date of Disciplinary Report   Print offender's name   ID#

I am requesting that the Adjustment Committee or Program Unit consider calling the following witnesses regarding the Disciplinary Report of the above date:

_____   _____   _____
Print Name of witness   Witness badge or ID#   Assigned Cell (if applicable)   Title (if applicable)

**RECEIVED**
APR - 4 2008

Witness can testify to: _____

_____   _____   _____
Print Name of witness   Witness badge or ID#   Assigned Cell (if applicable)   Title (if applicable)

**OFFICE OF**
**INMATE ISSUES**

Witness can testify to: _____

Distribution:  Master File          Page _____ of _____
               Offender          _Printed on Recycled Paper._
               Facility (2)                    DOC 0317 (Rev. 2/2007)

ILLINOIS DEPARTMENT OF CORRECTIONS
## RESPONSE TO OFFENDER'S GRIEVANCE

| Grievance Officer's Report |
|---|

Date Received: __March 13, 2008__    Date of Review: __March 21, 2008__    Grievance # (optional): __08-02-123__

Offender: ____Ward, Curtis____    ID#: ____R43104____

Nature of Grievance: Staff Conduct, CO St. James/Lt. Harvey

Facts Reviewed: This Grievance Officer notes Inmate Ward's allegations of staff misconduct by CO St. James and Lt. Harvey. Inmate Ward states that CO St. James told him to "take his ass back and have a seat". Furthermore, Inmate Ward states that he received an IDR from CO St. James for this incident. He believes CO St. James acted inappropriately and does not feel that he should have been written an IDR. In a related matter, Lt. Harvey approached Inmate Ward at a later time and advised him not to be calling his staff (CO St. James) derogatory names (Uncle Tom). Inmate Ward alleges that Lt. Harvey threatened to "take his ass to seg" and "slammed" the door in his face.

According to the Counselor's responses, Inmate Ward was listening in on a nurse's conversation with another inmate and was instructed to sit down by CO St. James. At this point, Inmate Ward began to swear at CO St. James. According to the IDR written by CO St. James, Inmate Ward called him a black uncle Tom mother fucker and refused several direct orders to surrender his ID card. Inmate Ward received a Program Committee Hearing and was subsequently found guilty of 304-Insolence. Lt. Harvey states that he advised Inmate Ward that he was not to be disrespectful to staff and not to use phrases such as "Uncle Tom" towards his staff. Both CO St. James and Lt. Harvey deny allegations that they were inappropriate with or swore at Inmate Ward.

Allegations of staff misconduct by CO St. James and Lt. Harvey could not be substantiated by this Grievance Officer.

RECEIVED

APR 2 9 2008

OFFICE OF
INMATE ISSUES

Recommendation: Based upon a total review of all available information, this Grievance Officer is reasonably satisfied Inmate Ward's staff conduct issues have been addressed and recommends this grievance be denied.

____Chris Barnhart, CCII____    _Ch B. L_ cc II
Print Grievance Officer's Name    Grievance Officer's Signature
**(Attach a copy of Offender's Grievance, including counselor's response if applicable)**

| Chief Administrative Officer's Response |
|---|

Date Received: __3/24/08__    ☒ I concur    ☐ I do not concur    ☐ Remand

Comments:

____ (signature) ____    __3/24/08__
Chief Administrative Officer's Signature    Date

| Offender's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

__Curtis Ward__    __R43104__    _____
Offender's Signature    ID#    Date

4/8/08

To Whom It May Concern:

I'm writing this letter On (Apr. 8, 2008) Because I had put this letter and grievances on (3/30/08) It stayed in the mailroom for (8 days). The Mailroom had taken a prestamp envelope address to (A.R.B.) and taken the documents out and returned to me in a blank envelope, without any explanation of why they didn't mail it out. To me that is (mail tampering) and also I believe there trying to time bomb my grievance so it can be untimely by the time it reaches Springfield...

I Illinois Administrative Remedies See. Dole-v-Chandler 438 F 3d 804 (7th Cir 2006) A timely Grievance had Passed. Ill. Administrative Code title 20 § 504.810A Allows for the filling of untimely Grievance upon a showing of Good Cause For The Untimeliness.

This really needs to be address. Can you please help me...

Curtis Ward
R43104

RECEIVED
APR 2 9 2008
OFFICE OF
INMATE ISSUES

**RECEIVED**

APR 2 9 2008

OFFICE OF
INMATE ISSUES

2/30/08

To whom It may concern:

           I'm writing you concerning my stay here at Dixon Correctional Center.    I've been having problems with staff members of whom I have in my grievance. I've brought this matter first to Warden Chandler and not received any help to know avail. And then, when I explained the problem to her, she concur to the Grievance Officer "Chris Barnhart and OC St. James Bg. 8266 and Lt. Harvey.

        What my complaint is that Mr. Barnhart did not investigate throughly this ticket that was written upon me or the grievance I put in. Furthermore Counselor Betty Frank spoke with Officer St James which she written in the grievance dated 2-19-08 "He wrote no ticket." How can I be punished for a ticket that was never written. Second Lt. Harvey threaten me in the hallway in building 27, though he denied why would he come to building 27 out to threaten, because he's not the building Lt for 27. Thirdly On march 28, 08 I spoked with Ms. Chandler in building 29 about this whole issue. And I explained to her as I'm explaining to you on this letter exactly same thing.

over →

and she concur with everything but she did not say she'll look into this matter or investigate it any further. So since she will not help me I responded to Ms. Chandler that I'm going to write Springfield and have my family to call on this matter. And she told me if I did that she would have me transfered, and also don't threaten her... Because of this incident, it seems the entire facility has been harassing me, and now, including Warden Chandler.

Later if you need proof of why I feel I'm being harassed, such as being denied emergency phone calls, clothing and boots, cell changes, mail, haircut and timely medical medication. Please write me and I'll send copies of grievances and other documents showing proof of my claims. I hope and pray that someone can help and investigate these matters.

Thank you

Sincerly Curtis Ward

Curtis Ward
R43104

I also like to inform you that there is 2 envelopes pertaining documents such as; Grievance reports, Disciplinary Reports etc. 1 OF 1, 1 OF 2

08-02-123

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

Date: 2-13-08　　Offender: (Please Print) Curtis Ward　　ID#: R43104

Present Facility: Dixon　　Facility where grievance issue occurred: Dixon

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility

- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator

- [ ] Restoration of Good Time
- [ ] Medical Treatment

- [ ] Disability
- [ ] HIPAA
- [ ] Other (specify)

27/BF

- [ ] Disciplinary Report: 02 / 13 / 08　　Dixon
　　　　　　　　　　　　　Date of Report　　　Facility where issued

Note:　Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
　　Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
　　Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
　　Chief Administrative Officer, only if EMERGENCY grievance.
　　Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
　　administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
　　Administrative Officer.

Brief Summary of Grievance: On and aboat Feb 13th 2008 9:30 a.m. I was at the Health Care Facility, and was waiting to see a doctor I talked one of the on duty C.O.'s and I explained that I had 2 additional call passes, I asked that the officer to contact housing unit to verify, and he did. He told me that I would be missing the 2nd call pass, but he assured me that I would be out of there to attend my 3RD pass for bldg. #49 I was to meet with supervisor Becky Williams Upon asking the nurse how long I would be, officer St. James approached me telling me to "take my ass to the back and have a seat." (Badge #566) →

Relief Requested: I request that immediate action be take towards officer St. James # 566 concerning his unjust behavior and misuse of his authority during this day of my life.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Curtis Ward　　　　R43104　　　2, 13, 08
Offender's Signature　　　　　ID#　　　　　Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: ▓▓▓▓▓▓▓▓

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: Per C/O St James offender was listening to another nurses conversation with another inmate. Officer St James told offender to sit down & then the offender started Swearing at officer. (per officer). ▓▓▓▓▓▓▓▓

B Frank CCII　　　B Frank　　　3, 5, 08
Print Counselor's Name　　Counselor's Signature　　Date of Response

---

**EMERGENCY REVIEW**

Date Received: ___/___/___

Is this determined to be of an emergency nature?

- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

RECEIVED
APR 2 9 2008
OFFICE OF INMATE ISSUES

Chief Administrative Officer's Signature　　　___/___/___　Date

(GRIEVANCE OFFICER stamp)

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

2/13/08

I feel the way in which he spoke to me was very rude and unprofessional! I spoke to officer St James about it, and thought that I had an attitude towards him concerning this. He then proceeded asking me for my I.D.. I then asked him, why do you need my I.D.? and then I complied with his request for the I.D. Officer St James seems to think he can handle inmates with foul language and "snide" remarks but God forbid that an inmate speak up for hisself under the misuse of officers authority towards an inmate here at Dixon.

Sincerely

Custis Ward
R43104      27/40

08-02-122

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE**

Date: 2/14/08        Offender: CURTIS WARD        ID#: R43104
                     (Please Print)

Present Facility: Dixon        Facility where grievance
                               issue occurred:        Dixon

**NATURE OF GRIEVANCE:**

☐ Personal Property        ☐ Mail Handling        ☐ Restoration of Good Time        ☐ Disability        27/BF
☒ Staff Conduct            ☐ Dietary              ☐ Medical Treatment             ☐ HIPAA
☐ Transfer Denial by Facility  ☐ Transfer Denial by Transfer Coordinator          ☐ Other (specify):

☐ Disciplinary Report:    2 / 14 / 08        Dixon
                          Date of Report              Facility where issued

Note:    Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
    Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
    Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
    Chief Administrative Officer, only if EMERGENCY grievance.
    Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
    administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
    Administrative Officer.

Brief Summary of Grievance: On or about this date I was in my cell and
was called to Unit Control, I thought I was going to speak
to Lt. Harvey about my mail being missing but he asked
me to enter control room hallway and Lt. Harvey proceeded
to tell me (CURTIS WARD) that I don't want to hear about my "fucking
mail"!: I came over just to tell you if you ever talk to one of my
officers like that again, I will have something done to you, and
if you ever need a favor from me, don't ask" I asked Lt Harvey
what it was he was talking about he said you know what the fuck
I am talking about, now I want you to go into your cell

Relief Requested: I request imediate action be taken in this matter
concerning Lt. Harvey and his conduct towards me.

☐  Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Curtis Ward                        R43104    2.14.08
Offender's Signature                    ID#        Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date
Received: 2.19.08    ☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to
                                                              Administrative Review Board, P.O. Box 19277,
                                                              Springfield, IL  62794-9277

Response: Per LT Harvey, he told him not to talk with
staff using phrase like "Uncle Tom". He (Harvey)
indicated that offender was disrespecting staff. LT
Harvey indicated he never swore at offender.

B Frank CCII                        B Frank        3.15.08
Print Counselor's Name              Counselor's Signature    Date of Response

---

**EMERGENCY REVIEW**

Date
Received: __/__/____        Is this determined to be of an emergency nature?    ☐ Yes; expedite emergency grievance
                                                                                ☐ No; an emergency is not substantiated.
                           RECEIVED                                             Offender should submit this grievance
                                                                               in the normal manner.
2008                       APR 29 2008
GRIEVANCE
OFFICER                    OFFICE OF
                           INMATE ISSUES
                                                              __/__/____
Chief Administrative Officer's Signature                        Date

Distribution: Master File; Offender                Page 1                DOC 0046 (Rev. 3/2005)

and get it ready, I'm going have a shakedown and if any thing is out of place I'm taking your ass to SEG. Lt Harvey was so angry and mad at me that I complied with what I was told to do, and he slammed the door in my face He did not want to hear anything I had to say in my defense, and as my witness C/o Steder #8267 and C/o Johnson #8074 they did not say anything at that time so I was in my cell when Lt Harvey opened the door and came in, he said to me, I just don't like racial remarks towards my officers and I told him I didn't say anything to officer St James He stated I have known officer St James for a long time and he has never lied to me before, I said "so you think I'm the liar? and he said I just don't like racial "slurs" and he slammed my door, when I went out, there he was in the middle of the hallway by my cell telling to inmates what had just occurred and that I was (as he pointed toward me) prejudices, it was like he was trying to get them to think that I was racial person, and it seemed as if he was trying to instigate problems in the unit as I listened to him, I believe this also to be very unprofessional since this was not of any concern to the other inmates, I did not in any way respond to his ongoing behavior, and then entered the day room, and came in contact with Warden Pannacconio and I then explain the situation to him as to what just happened and just how the Lt's behavior was, and Lt Harvey had left the bldg through the rear door, He said he would speak to him about this incident. So around count time (approx 3:30 p.m.) officer Landware came to my cell and asked me about that ticket I explained to him the best I could about all that occured at H.C.U. and also explained why I was needing to leave HCU to speak to Becky Williams in the business office, it was important meeting, so that I could speak to my lawyer about my direct appeal and also told off. Landware about how officer St James had misunderstood what I was talking about, another inmate and I were talking about this movie that is playing now called "Uncle Toms Cabin" he thought I was speaking to him, and thats why Lt Harvey came over to curse me out and I think it was unprofessional. I spoke with Warden Chandeler and she told me that she would be addressing this issue with the Lt.

Sincerely

Curtis Ward

ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

08-03-19

| Date: 3/4/08 | Offender: (Please Print) Curtis Ward | ID#: R43104 |
|---|---|---|

| Present Facility: Dixon Correction Center | Facility where grievance issue occurred: Dixon Correction Center |
|---|---|

**NATURE OF GRIEVANCE:**

| ☐ Personal Property | ☐ Mail Handling | ☐ Restoration of Good Time | ☐ Disability |
|---|---|---|---|
| ☑ Staff Conduct | ☐ Dietary | ☐ Medical Treatment | ☐ HIPAA |
| ☐ Transfer Denial by Facility | ☐ Transfer Denial by Transfer Coordinator | | ☐ Other (specify): |

29/cc

☐ Disciplinary Report: ____/____/____  Dixon Correctional Center
Date of Report                              Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** On and about Feb. 13, I was given a ticket by Officer St. James Badge No. (8266) for Insolence, that's what He says without any witnesses. He claims I called him a Black Uncle Tom (MF). An Officer came by that afternoon, the next day on the 14th for a brief minute to get information about this ticket. This ticket was written as a minor infraction, if it was a major infraction I would have been interviewed by Sgt Valdivieso which I was not seen by him. So my grievance is how can an Officer of this institution be disrespectful towards an inmate which caused this incident, though it was an misunderstanding because I did

**Relief Requested:** I would like these staff members, Reprimanded and myself immediately expunged off C grade

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Curtis Ward | R43104 | 3, 4, 08 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

### Counselor's Response (if applicable)

| Date Received: 3, 7, 08 | ☐ Send directly to Grievance Officer | ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

Response: _Forward to IIB for further handling_

| Oliver Edwards, CII | Oliver Edwards CII | 3, 7, 08 |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

---

### EMERGENCY REVIEW

| Date Received: ____/____/____ | Is this determined to be of an emergency nature? | ☐ Yes; expedite emergency grievance |
|---|---|---|
| | | ☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |

RECEIVED
APR 29 2008
OFFICE OF INMATE ISSUES

Chief Administrative Officer's Signature ____/____/____  Date

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

not say what I was accused of, furthermore according to your Orientation Rules and Regulations for Inmates; Insolence : Talking, touching, gesturing, or behavior that harasses, annoys or shows disrespect. Where's the proof, who determines who's telling the truth and who's lying. Is the Officer always right? Why did he received the benefit of doubt for his insolence and I wasn't. The (B.U.T.M.F.) why would I call a Staff member of this Institution this? If true what did he do to provoke such an outburst of disrespect from a very small body inmate. This is a case of showing favoritism, and according to Department Code of Conduct an employee shall conduct themselves on and off duty in such a professional manner, second corporal punishment or mis treatment of inmates is strictly prohibited; the improper use of profane or abusive language. Employees shall not falsify or cause falsification of any personnel documents, these reports must be dated and clearly state facts as differentiated from conclusion, hearsay, and personal interpretation. According to the rules of State and Federal laws such reports must contain specific information as to the time date et. It must be complete and be handled by employee counseling inmate, consistent with fairness and good judgement. Also Lt Harvey came to building 27 and confronted and threaten me on this hearsay saying "If I ever call one of his Officer a name like that I'll have same thing did to you and have you thrown to SEG." Which I felt I was being threaten, He wasn't on the Adjustment Committee so why did he confront me like that? I've also written a Grievance on him. Mr. Landwer spoked briefly with me and determined I was guilty without investigating further and my last complaint how can I received punishment C grade before I even hear my ticket? from the Committee.. This is very unfair.

Sincerely, Curtis Ward
R43104
29-61

**RECEIVED**

APR 2 9 2008

OFFICE OF
INMATE ISSUES   3/30/08

To whom It may concern:

                      I'm writing you concerning my stay here at Dixon Correctional Center. I've been having problems with staff members of whom I have in my grievance. I've brought this matter first to Warden Chandler and not received any help to know avail. And then, when I explained the problem to her, she concur to the Grievance Officer "Chris Barnhart and OC St. James Bg. 8266 and Lt. Harvey.

             What my complaint is that Mr. Barnhart did not investigate throughly this ticket that was written upon me or the grievance I put in. Furthermore Counselor Betty Frank spoke with Officer St James which she written in the grievance dated 2-19-08 "He wrote no ticket." How can I be punished for a ticket that was never written. Second Lt. Harvey threaten me in the hallway in building 27, though he denied why would he come to building 27 but to threaten, because he's not the building Lt for 27. Thirdly On March 28, 08 I spoked with Ms. Chandler in building 29 about this whole issue. And I explained to her as I'm explaining to you on this letter exactly same thing.

over →

and she concur with everything but she did not say she'll look into this matter or investigate it any further. So since she will not help me I responded to Ms. Chandler that I'm going to write Springfield and have my family to call on this matter. And she told me if I did that she would have me transfered, and also don't threaten her... Because of this incident, it seems the entire facility has been harassing me, and now, including Warden Chandler.

Later if you need proof of why I feel I'm being harassed, such as being denied emergency phone calls, clothing and boots, cell changes, mail, haircut and timely medical medication. Please write me and I'll send copies of grievances and other documents showing proof of my claims.    I hope and pray that someone can help and investigate these matters.

Thank you

Sincerely Curtis Ward

Curtis Ward
R43104

I also like to inform you that there is 2 envelopes pertaining documents such as; Grievance reports, Disciplinary Reports etc. 1 of 1; 1 of 2

4/8/08

To Whom It May Concern:

   I'm writing this letter On (Apr. 8, 2008) Because I had put this letter and grievances on (3/30/08) It stayed in the mailroom for (8 days). The Mailroom had taken a prestamp envelope address to (A.R.B.) and taken the documents out and returned to me in a blank envelope, without any explanation of why they didn't mail it out. To me that is (mail tampering) and also I believe there trying to time bomb my grievance so it can be untimely by the time it reaches Springfield...

   Illinois Administrative Remedies See, Dole-v-Chandler 438 F 3d 804 (7th Cir 2006) A timely Grievance had Passed. Ill. Administrative Code title 20 § 504.810A Allows for the filling of untimely Grievance upon a showing of Good Cause For The Untimeliness.

This really needs to be address. Can you please help me...     Curtis Ward
R43104

RECEIVED
APR 2 9 2008
OFFICE OF
INMATE ISSUES

08-02-123

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

Date: 2-13-08

Offender: Curtis Ward
(Please Print)

ID#: R43104

Present Facility: Dixon

Facility where grievance
issue occurred: Dixon

**NATURE OF GRIEVANCE:**

☐ Personal Property          ☐ Mail Handling          ☐ Restoration of Good Time          ☐ Disability
☒ Staff Conduct             ☐ Dietary                ☐ Medical Treatment                ☐ HIPAA         27/BF
☐ Transfer Denial by Facility  ☐ Transfer Denial by Transfer Coordinator                ☐ Other (specify):

☐ Disciplinary Report: 02 / 13 / 08          DIXON
                        Date of Report        Facility where issued

Note:     Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
    Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
    Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
    Chief Administrative Officer, only if EMERGENCY grievance.
    Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
    administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
    Administrative Officer.

Brief Summary of Grievance: On and the about Feb 13th 2008  9:30 A.M.  I was
at the Health Care Facility, and was waiting to see a doctor
I talked one of the an duty C.O.'s and I explained that
I had 2 additional call passes, I asked that
the officer to contact housing unit to verify, and he did.
He told me that I would be missing the 2nd call pass, but
he assured me that I would be out of there to attend my 3rd
pass for bldg. #49 I was to meet with supervisor Becky William
Upon asking the nurse how long I would be, officer St. James approached
me telling me to "take my ass to the back and have a seat" (Badge # See) →

Relief Requested: I request that immediate action be take towards
officer St. James # 200 concerning his unjust behavior and
misuse of his authority during this day of my life.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Curtis Ward                          R43104              2, 13, 08
    Offender's Signature                    ID#                    Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date
Received: ▮▮▮▮▮          ☐ Send directly to Grievance Officer          ☐ Outside jurisdiction of this facility. Send to
                                                                          Administrative Review Board, P.O. Box 19277,
                                                                          Springfield, IL 82794-9277

Response: Per C/O St. James offender was listening to another
inmates conversation with another inmate. Officer St. James
told offender to sit down & then the offender started
swearing at officer per officer. ▮▮▮▮▮▮▮▮▮▮▮

B Frank CCII                          B Frank                3, 5, 08
    Print Counselor's Name                Counselor's Signature        Date of Response

---

**EMERGENCY REVIEW**

Date
Received: ____          is this ▮▮▮▮ RECEIVED ▮ature?          ☐ Yes; expedite emergency grievance
                                    APR 29 2008                      ☐ No; an emergency is not substantiated.
                                                                      Offender should submit this grievance
                                    OFFICE OF                        in the normal manner.
                                    INMATE ISSUES

____ / ____ / ____
    Chief Administrative Officer's Signature                          Date

Distribution: Master File; Offender          Page 1          DOC 0046 (Rev. 3/2005)

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

2/13/08

I feel the way in which he spoke to me was very rude and unprofessional. I spoke to officer St James about it, and thought that I had an attitude towards him concerning this. He then proceeded asking me for my I.D. I then asked him, why do you need my I.D.? and then I complied with his request for the I.D. Officer St James seems to think he can handle inmates with foul language and "snide" remarks but God forbid that an inmate speak up for himself under the misuse of officers authority towards an inmate here at Dixon.

Sincerely

Curtis Ward
R43104    27/40

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE**

| Grievance Officer's Report |
|---|

Date Received: <u>March 13, 2008</u>        Date of Review: <u>March 21, 2008</u>        Grievance # (optional): <u>08-02-123</u>

Offender:   Ward, Curtis _____        ID#:    <u>R43104</u>

Nature of Grievance: Staff Conduct, CO St. James/Lt. Harvey

**Facts Reviewed:** This Grievance Officer notes Inmate Ward's allegations of staff misconduct by CO St. James and Lt. Harvey. Inmate Ward states that CO St. James told him to "take his ass back and have a seat". Furthermore, Inmate Ward states that he received an IDR from CO St. James for this incident. He believes CO St. James acted inappropriately and does not feel that he should have been written an IDR. In a related matter, Lt. Harvey approached Inmate Ward at a later time and advised him not to be calling his staff (CO St. James) derogatory names (Uncle Tom). Inmate Ward alleges that Lt. Harvey threatened to "take his ass to seg" and "slammed" the door in his face.

According to the Counselor's responses, Inmate Ward was listening in on a nurse's conversation with another inmate and was instructed to sit down by CO St. James. At this point, Inmate Ward began to swear at CO St. James. According to the IDR written by CO St. James, Inmate Ward called him a black uncle Tom mother fucker and refused several direct orders to surrender his ID card. Inmate Ward received a Program Committee Hearing and was subsequently found guilty of 304-Insolence. Lt. Harvey states that he advised Inmate Ward that he was not to be disrespectful to staff and not to use phrases such as "Uncle Tom" towards his staff. Both CO St. James and Lt. Harvey deny allegations that they were inappropriate with or swore at Inmate Ward.

Allegations of staff misconduct by CO St. James and Lt. Harvey could not be substantiated by this Grievance Officer.

**RECEIVED**

APR - 4 2008

OFFICE OF
INMATE ISSUES

**Recommendation:** Based upon a total review of all available information, this Grievance Officer is reasonably satisfied Inmate Ward's staff conduct issues have been addressed and recommends this grievance be denied.

**RECEIVED**

APR 2 9 2008

OFFICE OF
INMATE ISSUES

Chris Barnhart, CCII _____        _Ch Blt_ cc II
Print Grievance Officer's Name                         Grievance Officer's Signature
(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response |
|---|

Date Received: _3/24/08_        ☑ I concur        ☐ I do not concur        ☐ Remand

Comments:

_____        _3/24/08_
Chief Administrative Officer's Signature                         Date

| Offender's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

_Curtis Ward_        _R43104_        _4-23-08_
Offender's Signature                         ID#                         Date

Distribution:    Master File; Offender                         Page 1                         DOC 0047 (Rev. 3/2005)
                                        Printed on Recycled Paper

#27

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender Disciplinary Report**

X 27

Type of Report:
☐ Disciplinary   ☐ Investigative

_____ Facility

Date: _____

Offender Name: WARD  CURTIS                ID #: R43164

Observation Date: 2/12/08   Approximate Time: 11:30  ☒ a.m.  ☐ p.m.   Location: HCU 000 "5  003 LINE

Offense(s): DR 504:

304 - _____

**Observation:** (NOTE: Each offense identified above must be substantiated.) _____

Witness(es):

☐ Check if Offender Disciplinary Continuation Page, DOC 0316, is attached to describe additional facts, observations or witnesses.

ST. JAMES
Reporting Employee (Print Name) _____ Badge # _____
Signature _____ Date 2/12/08 Time _____ ☐ a.m. ☒ p.m.

**Disciplinary Action:**

**Shift Review:** ☐ Temporary Confinement   ☐ Investigative Status   Reasons: _____

Printed Name and Badge #

Shift Supervisor's Signature
(For Transition Centers, Chief Administrative Officer)   Date

**Reviewing Officer's Decision:** ☐ Confinement reviewed by Reviewing Officer   Comment: _____

☐ Major Infraction, submitted for Hearing Investigator, if necessary and to Adjustment Committee
☒ Minor Infraction, submitted to Program Unit

Print Reviewing Officer's Name and Badge #

Reviewing Officer's Signature    2-13-08

**RECEIVED**
APR 2 9 2008
OFFICE OF

☐ **Hearing Investigator's Review Required** (Adult Correctional Facility Major Reports Only):

Print Hearing Investigator's Name and Badge #    Hearing Investigator's Signature

Procedures Applicable to all Hearings on Investigative and Disciplinary Reports INMATE ISSUES
You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

Procedures Applicable to Hearings Conducted by the Adjustment Committee on Disciplinary Reports
You may ask that witnesses be interviewed and, if necessary and relevant, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing.

☐ Check if offender refused to sign

Offender's Signature _____ ID#

S. ____
Serving Employee (Print Name)   Badge #   Signature

Date Served 2/13/08   Time Served 6:10  ☐ a.m. ☒ p.m.

☐ I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

Offender's Signature _____ ID#

------------------------------------------------------------
(Detach and Return to the Adjustment Committee or Program Unit Prior to the Hearing)

Date of Disciplinary Report   Print offender's name   ID#

I am requesting that the Adjustment Committee or Program Unit consider calling the following witnesses regarding the Disciplinary Report of the above date:

Print Name of witness   Witness badge or ID#   Assigned Cell (if applicable)   Title (if applicable)

Witness can testify to: _____

**RECEIVED**
APR - 4 2008
OFFICE OF
INMATE ISSUES

Print Name of witness   Witness badge or ID#   Assigned Cell (if applicable)   Title (if applicable)

Witness can testify to: _____

Distribution:  Master File
Offender
Facility (2)

Page _____ of _____
Printed on Recycled Paper

DOC 0317 (Rev. 2/2007)

08-02-122

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

Date: 2/14/08          Offender: CURTIS WARD          ID#: R43104
                       (Please Print)

Present Facility: DIXON          Facility where grievance
                                 issue occurred: DIXON

**NATURE OF GRIEVANCE:**

☐ Personal Property          ☐ Mail Handling          ☐ Restoration of Good Time          ☐ Disability
☑ Staff Conduct              ☐ Dietary               ☐ Medical Treatment               ☐ HIPAA          **27/8F**
☐ Transfer Denial by Facility ☐ Transfer Denial by Transfer Coordinator                ☐ Other (specify):

☐ Disciplinary Report: __2__/__14__/__08__          _____DIXON_____
                        Date of Report                 Facility where issued

Note:     Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
          Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
          Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
          Chief Administrative Officer, only if EMERGENCY grievance.
          Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
          administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
          Administrative Officer.

Brief Summary of Grievance: On or about this date I was in my cell and
was called to Unit Control, I thought I was going to speak
to Lt Harvey about my mail being missing but he asked
me to enter control room hallway and Lt Harvey proceeded
to tell me (CURTIS WARD) that I don't want to hear about no fucking
snail"!! I came over just to tell you if you ever talk to one of my
officers like that again, I will have something done to you: and
if you ever need a favor from me, don't ask" I asked Lt Harvey
what it was he was talking about, he said you know what the fuck
I am talking about, now I want you to go into your cell

Relief Requested: I request imediate action be taken in this matter
concerning Lt Harvey and his conduct towards me.

☐ Check only if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_____Curtis Ward_____          _____R43104  2,14,08_____
        Offender's Signature                    ID#              Date

(Continue on reverse side if necessary)

| Counselor's Response (if applicable) | |
|---|---|
| Date Received: 2/19/08 | ☐ Send directly to Grievance Officer          ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL. 62794-9277 |

Response: Per LT Harvey he tell him not to talk with
Staff using phrase like "Uncle Tom". He (Harvey)
indicated that offender was disrespecting staff. Lt
Harvey indicates he never swore at offender.

_____B Frank CCII_____          _____B Frank_____  3.15.08
     Print Counselor's Name          Counselor's Signature     Date of Response

| EMERGENCY REVIEW | |
|---|---|
| Date Received: | Is this determination of an emergency nature?     ☐ Yes; expedite emergency grievance          ☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |

**RECEIVED**
APR 29 2008
OFFICE OF
INMATE ISSUES

_____     _____
Chief Administrative Officer's Signature     Date

Distribution: Master File; Offender          Page 1          DOC 0046 (Rev. 3/2005)

ILLINOIS DEPARTMENT OF CORRECTIONS
OFFENDER'S GRIEVANCE (Continued)

and get it ready, I'm going have a shakedown and if any
thing is out of place I'm taking your ass to SEG. Lt Harvey
was so angry and mad at me that I complied with what
I was told to do, and he slammed the door in my face
he did not want to hear anything I had to say in my
defense, and as my witness c/o Steder #867 and
c/o Johnson #8074 they did not say anything at that
time so I was in my cell when Lt Harvey opened the door
and came in, he said to me, I just don't like racial
remarks towards my officers and I told him I didn't
say anything to officer St James He stated I have known
officer St James for a long time and he has never lied
to me before, I said so you think I'm the liar?
and he said I just don't like racial "slurs" and he
slammed my door, when I went out there he was in
the middle of the hallway by my cell telling to inmates
what had just occured and that I was (as he pointed
toward me) prejidice, it was like he was trying to get
them to think that I was racial person, and it
seemed as if he was trying to instigate problems
in the unit as I listened to him, I believe this
also to be very unprofessional since this was not
of any concern to the other inmates, I did not in
any way respond to his ongoing behavior, and then
entered the day room, and came in contact with
Warden Thransori's and I then explain the situation to
him as to what just happened and just how the Lt's
behavior was, and Lt Harvey had left the bldg through
the rear door, He said he would speak to him about
this incident, So around count-time (approx 3:30pm)
officer Sandware came to my cell and asked me about that ticket
I explained to him the best I could about all that occured at H.C.U.
and also explained why I was needing to leave HCU to speak to Becky
William in the officers office, it was important meeting, so that I could
speak to my lawyer about my direct appeal and also told off. Sandware
about how officer St James had misunderstood what I was talking about
another inmate and I were talking about this movie that is playing now
called Uncle Toms Cabin, he thought I was speaking to him, and thats
why Lt Harvey came over to curse me out and I think it was
unprofessional. I spoke with Warden Chandler and she told me that
she would be addressing this issue with the Lt.
                                        Sincerely,
                                        Curtis Ward

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**          08-03-19

| Date: 3/4/08 | Offender: (Please Print) Curtis Ward | ID#: R43104 |

| Present Facility: Dixon Correction Center | Facility where grievance issue occurred: Dixon Correction Center |

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☑ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☐ Medical Treatment
- ☐ Disability
- ☐ HIPAA
- ☐ Other (specify): _____

29/cc

☐ Disciplinary Report: ___/___/___   Dixon Correctional Center
Date of Report        Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** On and about Feb 13, I was given a ticket by Officer St James Badge No. (8366) for Insolence, that's what He says without any witnesses. He claims I called him a Black Uncle Tom (mF). An Officer came by that afternoon, the next day on the 14th for a brief minute to get information about this ticket. This ticket was written as a minor infraction, if it was a major infraction I would have been interviewed by Sgt Valdivieso which I was not seen by him. So my grievance is how can an Officer of this institution be disrespectful towards an inmate which caused this incident, though it was an misunderstanding because I did

**Relief Requested:** I would like these staff members, Reprimanded and myself immediately expunged off C grade

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Curtis Ward          R43104      3, 4, 08
Offender's Signature        ID#            Date
(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

Date Received: 3, 4, 08    ☐ Send directly to Grievance Officer   ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL. 62794-9277

Response: Forward to IIB for further handling

Cheryl Owens cc III       [signature]  cc 3, 4, 08
Print Counselor's Name        Counselor's Signature    Date of Response

**EMERGENCY REVIEW**

Date Received: ___/___/___   Is this determination... RECEIVED
APR 29 2008
OFFICE OF INMATE ISSUES

☐ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

___/___/___
Chief Administrative Officer's...                Date

Distribution: Master File; Offender        Page 1        DOC 0046 (Rev. 3/2005)

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE (Continued)**

not say what I was accused of, furthermore according to your Orientation Rules and Regulations for Inmates; Insolence: Talking, touching, gesturing, or behavior that harasses, annoys or shows disrespect. Where's the proof, who determines who's telling the truth and who's lying. Is the Officer always right? Why did he received the benefit of doubt for his insolence and I wasn't. The (B.U.T.M.F.) why would I call a Staff member of this Institution this? If true what did he do to provoke such an outburst of disrespect from a very small body inmate. This is a case of showing favoritism, and according to Department Code of Conduct an employee shall conduct themselves on and off duty in such a professional manner, second corporal punishment or mistreatment of inmates is strictly prohibited; the improper use of profane or abusive language. Employees shall not falsify or cause falsification of any personnel documents, these reports must be dated and clearly state facts as differentiated from conclusion, hearsay, and personal interpretation. According to the rules of State and Federal laws such reports must contain specific information as to the time date et. It must be complete and be handled by employee counseling inmate, consistent with fairness and good judgement. Also Lt Harvey came to building 27 and confronted and threaten me on this hearsay saying "If I ever call one of his Officer a name like that I'll have something did to you and have you thrown to SEG." Which I felt I was being threaten, He wasn't on the Adjustment Committee so why did he confront me like that? I've also written a Grievance on him. Mr. Landwer spoked briefly with me and determined I was guilty without investigating further and my last complaint how can I received punishment C grade, before I even hear my ticket? from the Committee. This is very unfair.

Sincerely, Curtis Wool
R43104
29-61

Distribution: Master File; Offender                  Page 2                  DOC 0046 (Rev. 3/2005)

Clerk U.S. District Court
211 South Court Street
Rockford IL. 61101

This Correspondence Is From
An Inmate Of The Illinois
Dept Of Corrections



UNITED STATES POSTAGE

02 1M
0004254712
MAILED FROM ZIP CODE 61021

$ 05.20°
JUL 08 2008

PITNEY BOWES